UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| M and T Mortgage Corporation, | ) | CASE NO. 1:06CV0654 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| Deana J. Chandler, et al., | ) | **ORDER** |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On October 12, 2006, this Court was informed by Plaintiff's "Notice of Bankruptcy Filing" (ECF Dkt# 17), that Defendant had filed for reorganization relief under chapter 13 of the U.S. Bankruptcy Code, Case No. 06-13248. Pursuant to 11 U.S.C. §362, the filing mandates the imposition of an automatic stay of the proceedings before this Court.

Therefore, further proceedings are STAYED and this case is CLOSED, subject to reopening upon written motion by Plaintiff or other parties in interest, which warrants relief from the automatic stay imposed by §362 or by injunction imposed under 11 U.S.C. §524 or which notifies the Court that the bankruptcy case is closed, dismissed or discharged.

IT IS SO ORDERED.

10/19/06
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge